IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **WILLIAM ROBERT HANNA D.D.S.**, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-01240-O |
| **THE PAUL REVERE LIFE INSURANCE COMPANY**, | § § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Having determined that dismissal against Defendant Unum Life Insurance Company of America is appropriate in this case, the Court now enters this Final Judgment pursuant to Federal Rule of Civil Procedure 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. All claims asserted by Plaintiff against Defendant Unum Life Insurance Company of America in this matter are **DISMISSED without prejudice** to the refiling of the same.

2. The fees and costs incurred in this matter shall be borne by the party incurring the same.

**SO ORDERED** on this **30th day** of **April, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE