IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **WILLIAM ROBERT HANNA, D.D.S.,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **THE PAUL REVERE LIFE** § <br> **INSURANCE COMPANY,** § <br> § <br> Defendant. § | Civil Action No. 4:23-cv-01240-BP |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** with prejudice as provided in the Stipulation of Dismissal with Prejudice that the parties filed on January 2, 2025. ECF No. 37.

2. The taxable costs of court, as calculated by the clerk of court, and attorney's fees shall be borne by the party incurring them.

3. The clerk shall transmit a true copy of this Final Judgment to the parties.

It is so **ORDERED** on January 10, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE